UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
COURT CASE NUMBER: 13-30085; NOTICE OF FORFEITURE

Notice is hereby given that on March 11, 2014, in the case of <u>U.S. v. JAMES MARSHALL OWENS</u>, Court Case Number 13-30085, the United States District Court for the Central District of Illinois entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous Electronic Equipment Ser No: See Items List (14-FBI-002303), including the following items: 1 Apple iPad Mini Computer Tablet with a Micro-USB Power cable and case, Ser No: F4NK9WPFF196; 1 Red Dell Inspiron Mini Netbook Computer, Ser No: Unknown; 1 Black and Blue Acer Aspire One Netbook Computer, Ser No: LUS050B228913079042547; 1 Silver Dell Latitude Laptop Computer, Ser No: CN-0GG83448643-64A-0432; 1 Black Tracfone Wireless Mobile ZTE cellular telephone, Ser No: 322421851429 which was seized from James Marshall Owens on December 03, 2013 at 1094 N. Route 29, located in Owaneco, IL

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (March 18, 2014) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 600 E. Monroe, Springfield, IL 62701, and a copy served upon Assistant United States Attorney Gregory Gilmore, 318 South 6th Street, SPRINGFIELD, IL 62701. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 18, 2014 and April 16, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. JAMES MARSHALL OWENS

**Court Case No:** 13-30085
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/18/2014 | 24.0 | Verified |
| 2 | 03/19/2014 | 24.0 | Verified |
| 3 | 03/20/2014 | 24.0 | Verified |
| 4 | 03/21/2014 | 23.8 | Verified |
| 5 | 03/22/2014 | 24.0 | Verified |
| 6 | 03/23/2014 | 24.0 | Verified |
| 7 | 03/24/2014 | 24.0 | Verified |
| 8 | 03/25/2014 | 24.0 | Verified |
| 9 | 03/26/2014 | 24.0 | Verified |
| 10 | 03/27/2014 | 24.0 | Verified |
| 11 | 03/28/2014 | 24.0 | Verified |
| 12 | 03/29/2014 | 24.0 | Verified |
| 13 | 03/30/2014 | 24.0 | Verified |
| 14 | 03/31/2014 | 24.0 | Verified |
| 15 | 04/01/2014 | 24.0 | Verified |
| 16 | 04/02/2014 | 24.0 | Verified |
| 17 | 04/03/2014 | 24.0 | Verified |
| 18 | 04/04/2014 | 24.0 | Verified |
| 19 | 04/05/2014 | 24.0 | Verified |
| 20 | 04/06/2014 | 24.0 | Verified |
| 21 | 04/07/2014 | 24.0 | Verified |
| 22 | 04/08/2014 | 23.9 | Verified |
| 23 | 04/09/2014 | 24.0 | Verified |
| 24 | 04/10/2014 | 24.0 | Verified |
| 25 | 04/11/2014 | 24.0 | Verified |
| 26 | 04/12/2014 | 24.0 | Verified |
| 27 | 04/13/2014 | 24.0 | Verified |
| 28 | 04/14/2014 | 24.0 | Verified |
| 29 | 04/15/2014 | 24.0 | Verified |
| 30 | 04/16/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.